United States District Court
Southern District of Texas

**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kyle James, <br>    Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | Civil Action H-22-1195 |
| Asset Care, LLC, <br>    Defendant. | § <br> § | |

## Order of Adoption

On December 21, 2022, Magistrate Judge Peter Bray recommended that the court grant Defendant Asset Care, LLC's motion to dismiss. (14) Plaintiff Kyle James filed objections to the report and recommendation. (15) The court denies James's objections and adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on January ___6___, 2023.

Lynn N. Hughes
United States District Judge